IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LARRY W. PANAYI,<br><br>    *Plaintiff*,<br><br>v.<br><br>SIX FLAGS OVER TEXAS, INC.,<br><br>    *Defendant*. | Civil Action No. 3:15-CV-02222-B<br><br>JURY TRIAL DEMANDED |

## Plaintiff's Status Report

To the Honorable Court:

    Plaintiff Larry W. Panayi respectfully submits this Status Report is accordance with Dkt. No. 13 ("ELECTRONIC ORDER granting [12] Motion to Extend Time") and would show that the case should be retained as pending on the Court's docket for the following reasons:

    1.    Plaintiff Larry W. Panayi and Defendant Six Flags Over Texas, Inc. have reached a settlement. The final Settlement Agreement is being circulated for signatures but not all signatures have been collected yet. Plaintiff anticipates that the final signatures will be collected in the next week and a Stipulation of Dismissal will promptly follow.

Dated: March 18, 2016.

                      Respectfully submitted,

                      /s/ James A. McCorquodale

                      James A. McCorquodale
                      Texas State Bar No. 13464900
                      A M LAWYERS
                      4015 Main Street, Suite 200
                      Dallas, Texas 75226
                      Tel. (214) 712-4472
                      Fax (815) 572-9448
                      Email: sandy @ theamlawyers.com
                      *Counsel for Plaintiff Larry W. Panayi*